# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. BERRY, | 3:18-cv-00558-MMD-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 20, 2019 |
| RENO POLICE DEPARTMENT, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>KAREN WALKER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's correspondence dated August 12, 2019 (ECF No. 26). Plaintiff requests the Clerk send him a copy of his original complaint (ECF No. 14) and also questions re-writing his amended complaint and the issuance of subpoenas. (*Id*.)

Regarding the filing of Plaintiff's amended complaint, Plaintiff is directed to the court's order of August 1, 2019, which states:

> ". . . The amended complaint must be complete in and of itself without referring or incorporating by reference any previous complaint. Any allegations, parties, or requests for relief from a prior complaint that are not carried forwarded in the amended complaint will no longer be before the court. Plaintiff shall clearly title the amended pleading as "AMENDED COMPLAINT." If Plaintiff fails to file an amended complaint within the 30 days, the action will proceed only against Lancaster and Mayfield on the Fourth Amendment excessive force claim."

(ECF No. 13 at 9.)

///

///

MINUTES OF THE COURT

3:18-cv-00558-MMD-WGC

August 20, 2019

Page Two_____

      Regarding issuing subpoenas, Plaintiff is advised that neither the court nor the Clerk's Office can give legal advice. Plaintiff is advised, however, that no discovery may be undertaken (including issuance of subpoenas) until *after* the court enters a scheduling order, which will not issue until after Defendants are served and appear in this matter. Plaintiff is further advised that witness fees required by Fed. R. Civ. P. 45 are not waived by reason of a party's IFP status.

      **IT IS HEREBY ORDERED** that the Clerk shall send Plaintiff a copy of his original complaint (ECF No. 14.)

                              DEBRA K. KEMPI, CLERK

                              By: _____/s/_____
                                      Deputy Clerk