# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL T. BERRY,<br><br>　　　Plaintiff,<br><br>v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>　　　Defendants. | Case No.: 3:18-cv-00558-MMD-WGC<br><br>**ORDER**<br><br>Re:   ECF No. 119 |

Before the court is Plaintiff's "Motion to Request Court Order" (ECF No. 119). Plaintiff requests a court order "to be able to view the body camera footage at Southern Desert Correctional Center" which Defendants produced. (*Id.* at 1.)

Plaintiff's "Motion to Request Court Order" (ECF No. 119) is **GRANTED** to the extent that Southern Desert Correctional Center shall allow Plaintiff the opportunity to view the body camera footage which has been produced during discovery by the Defendants, consistent with Southern Desert Correctional Center's COVID protocols.

**IT IS SO ORDERED.**

DATED:   November 2, 2020.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

1