KARL HALL
Reno City Attorney
BRIAN SOOUDI
Nevada Bar #9195
Post Office Box 1900
Reno, NV 89505
(775) 334-2050
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MICHAEL T. BERRY,

            Plaintiff,

    vs.

RENO POLICE DEPARTMENT, et al.

           Defendants.

                                /

Case No.: 3:18-CV-00558-MMD-WGC

**STIPULATION FOR DISMISSAL
WITH PREJUDICE**

Plaintiff Michael T. Berry, representing himself, and Defendants Steven Mayfield and
Benjamin Lancaster by and through their respective undersigned counsel, stipulate to the dismissal
of all claims in this action, with prejudice. Each party shall bear its own attorney's fees and costs.

DATED this 29TH day of November, 2021.

By: _____
MICHAEL T. BERRY
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
*Plaintiff Pro Se*

DATED this 10th day of January, 2022.

KARL S. HALL
Reno City Attorney

By: /s/ *Brian M .Sooudi*
BRIAN M. SOOUDI, ESQ.
Nevada State Bar #9195
Post Office Box 1900
Reno, Nevada 89505
*Attorneys for City of Reno*

IT IS SO ORDERED.

_____
U.S. District Judge

Dated: January 10, 2022

Reno City Attorney
P.O. Box 1900
Reno, NV 89505

-1-

**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to FRCP 5(b), I certify that I am an employee of the RENO CITY ATTORNEY'S OFFICE, and that on this date, I am serving the foregoing document(s) on the party(s) set forth below by:

    X        Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage prepaid, following ordinary business practices.

_____    Personal delivery.

    X        CM/ECF electronic service

_____    Facsimile (FAX).

_____    Federal Express or other overnight delivery.

_____    Reno/Carson Messenger Service.

addressed as follows:

Michael T. Berry #1111217
c/o Lovelock Correctional Center
1200 Prison Rd
Lovelock, NV 89419
*Pro Se*

DATED this _10th_ day of January, 2022.

By:   _/s/ Terri Strickland_
Terri Strickland
Legal Assistant